UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN RE: DEPUY ORTHOPAEDICS, INC.<br>ASR HIP IMPLANT PRODUCTS | MDL No. 1: 10 md 2197 |
| This applies to: | **STIPULATION OF DISMISSAL** |
| [ Kinard ]<br>v.<br>DePuy Orthopaedics, Inc., *et.al.* | |
| [ Estate of Anthony R. Kinard ] | |
| Plaintiff, | Case No.: 1: 15   -dp- 20176   -JJH |
| -against- | |
| DEPUY ORTHOPAEDICS, INC., | |
| Defendant. | |

## STIPULATION OF DISMISSAL
## (AS TO ALL ASR™ AND PINNACLE CLAIMS)

WHEREAS, an ASR™ prosthesis was implanted in Plaintiff's hip;

WHEREAS, Plaintiff was subsequently revised to a Pinnacle hip implant;

WHEREAS, Plaintiff was subsequently revised to another hip device;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed with prejudice, each party to bear its own costs.

IT IS FURTHER STIPULATED AND AGREED that this dismissal includes all claims arising from the implantation of the ASR™ and Pinnacle devices.

Counsel certify that the assessment required by MDL CMO 13 is being withheld and deposited into the Common Benefit Fund.

**IT IS SO STIPULATED:**

Dated: By: 04/03/2017

Attorney Name: Jaime D. Jackson
Firm Name: Atlee Hall, LLP
Address: 415 N. Duke Street
City/State/Zip: Lancaster, PA 17602
Telephone: 717-393-9596
Facsimile: 717-393-2138
Email: jdjackson@atleehall.com
*Attorneys for Plaintiff*

Dated: February 21, 2019

Susan M. Sharko
DRINKER BIDDLE & REATH LLP
*A Delaware Limited Liability Partnership*
600 Campus Drive
Florham Park, New Jersey 07932-1047
Telephone: (973) 549-7000
Facsimile : (973) 360-9831
susan.sharko@dbr.com

Robert C. Tucker (0013098)
Kristen L. Mayer (0055505)
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-1414
Telephone: (216) 592-5000
Facsimile: (216) 592-5009
rtucker@tuckerellis.com
kristen.mayer@tuckerellis.com

*Attorneys for Defendants*

So ordered. /s/Jeffrey J. Helmick 3/12/19